AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

## NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 4:07cr35 |
| Jessie Chambers ) | USM No: 12133-017 |
| ) | Charles A. McMurry |
| Date of Previous Judgment: October 31, 2007 | Defendant's Attorney |
| (Use Date of Last Amended Judgment if Applicable) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __100__ months **is reduced to** __81__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 37 | Amended Offense Level: | 35 |
| Criminal History Category: | V | Criminal History Category: | V |
| Previous Guideline Range: | 324 to 405 months | Amended Guideline Range: | 262 to 327 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.

☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

**III. ADDITIONAL COMMENTS**

This substantial assistance motion received by the Defendant from the Government resulted in a sentence that was 70% lower than the midpoint of the original guideline range. This new sentence is a 70% reduction from the midpoint of the *amended* guideline range. Defendant's request for a re-sentencing hearing is denied.

Except as provided above, all provisions of the judgment dated __October 31, 2007__ shall remain in effect.

**IT IS SO ORDERED**.

| | | |
|---|---|---|
| Order | July 24, 2008 | s/ *Stephan P. Mickle* |
| | | Judge's signature |
| Effective Date: | | Stephan P. Mickle |
| | (if different from order date) | Printed name and title |